IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 09 80 144 MISC

IN THE MATTER OF

Case No: C

VRW

**ORDER TO SHOW CAUSE**

Cathye Elaine Leonard - #177791

_____/

It appearing that Cathye Elaine Leonard has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, she may not practice law in the State of California effective April 24, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before August 11, 2009 as to why she should not be suspended from practice before this court, pending further notice from the State Bar of California, that her status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Cathye Elaine Leonard
Attorney At Law
P.O. Box 813
Berkeley, CA 94701-0813