**FILED**

OCT 21 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80144 MISC VRW

Cathye Elaine Leonard,
                                     ORDER
    State Bar No 177791
_____/

On July 2, 2009, the court issued an order to show cause (OSC) why Cathye Elaine Leonard should not be removed from the roll of attorneys authorized to practice law before this court, based upon her inactive enrollment as a member of the State Bar of California pursuant to Section 6007 of the Business & Professions Code, effective April 24, 2009.

The OSC was mailed to Ms Leonard's address of record with the State Bar on July 7, 2009. A written response was due on or before August 11, 2009. No response to the OSC has been filed as of this date.

The court now orders Cathye Elaine Leonard removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Cathye Elaine Leonard,

Case Number: C09-80144 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cathye Elaine Leonard
PO Box 813
Berkeley, CA 94701-0813

Dated: October 21, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk